EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2000 TSPR 181 |
|----------------------------|---------------|
| Pedro Juan Semidey Morales |               |

Número del Caso: 6744

Fecha: 1/diciembre/2000

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Pedro Juan Semidey Morales

6744

RESOLUCION

San Juan, Puerto Rico, a 1 de diciembre de 2000.

A la solicitud de reinstalación de Pedro Juan Semidey Morales, se accede a lo solicitado y se reinstala efectivo en el día de hoy.

**Publíquese.**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo